**In re Elizabeth Marie Rushing FLOYD, Petitioner.**

No. 03–6142.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 28, 2003.

Elizabeth Marie Rushing Floyd, Petitioner Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Elizabeth Marie Rushing Floyd petitions for a writ of mandamus. She seeks an order setting aside her conviction and sentence.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Assn.*, 860 F.2d 135, 138 (4th Cir.1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. *Kerr v. United States Dist. Court*, 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard*, 811 F.2d 818, 826 (4th Cir.1987). Mandamus may not be used as a substitute for appeal. *In re United Steelworkers*, 595 F.2d 958, 960 (4th Cir.1979).

The relief sought by Floyd is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*